CLIFFORD L. ROBINSON et al., Appellants, *v.* COUNTY OF BROOME et al., Respondents.

Argued April 13, 1950; decided May 18, 1950.

*C. Addison Keeler* for appellants.

*George R. Fearon* and *Robert J. Feinberg* for Town of Union, respondent.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Ruth Kessler Toch* of counsel), appearing, pursuant to section 68 of the Executive Law, in support of the constitutionality of section 75-a of the Social Welfare Law.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.